1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   ANTHONY JOHNSON,                          Case No.  1:22-cv-01281-HBK (HC)

12                      Petitioner,             ORDER DIRECTING CLERK OF COURT TO
                                                CLOSE CASE
13            v.
                                                (Doc. No. 5)
14   B.M. TRATE, Warden,

15                      Respondent.

16

17

18

19        Petitioner, Anthony Johnson ("Petitioner"), a federal prisoner proceeding pro se, initiated

20   this case by filing a petition for writ of habeas corpus under 28 U.S.C. § 2241 on October 7,

21   2022.[1]  (Doc. No. 1, "Petition").  On December 8, 2022, Petitioner filed a motion to withdraw his

22   Petition without prejudice.  (Doc. No. 5).

23        The Federal Rules of Civil Procedure may be applied to habeas proceedings to the extent

24   such rules are not inconsistent with the statutory provisions of the Habeas Rules.  Rules

25   Governing Section 2254 Cases in the United States District Court, Rule 12.  *See also*, Fed. R.

26   Civ. P. 81(a)(4).  Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, "the

27

28   [1] This matter was referred to the undersigned pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302
     (E.D. Cal. 2022).

1  plaintiff may dismiss an action without a court order by filing ... a notice of dismissal before the

2  opposing party serves either an answer or a motion for summary judgment." Fed. R. Civ. P.

3  41(a)(1)(A)(i). Voluntary dismissal under this rule requires no action on the part of the court and

4  divests the court of jurisdiction upon the filing of the notice of voluntary dismissal. *See United*

5  *States v. 475 Martin Lane*, 545 F.3d 1134, 1145 (9th Cir. 2008) (voluntary dismissal pursuant to

6  Rule 41(a)(1)(A)(i) is self-executing and requires no further action by court). Rule 41(a)(1) has

7  been found to apply in the habeas context where the respondent had not yet filed an answer to the

8  petition. *See Bhamani v. Apker*, 2018 WL 684896, at *1 (E.D. Cal. Feb. 1, 2018) ("Rule 41(a)(1)

9  has been found to apply in the habeas context where the respondent had not yet filed an answer to

10  the petition." (collecting cases)).

11       In this case, Respondent has not served either an answer or a motion for summary

12  judgment. Thus, Petitioner's notice of dismissal is effective upon its filing and without a court

13  order pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

14       The Clerk of Court shall **CLOSE** this case to reflect Petitioner's notice of voluntary

15  dismissal and terminate all deadlines and motions.

16

17  Dated:    December 9, 2022

18                                                HELENA M. BARCH-KUCHTA
                                                  UNITED STATES MAGISTRATE JUDGE

19

20

21

22

23

24

25

26

27

28

2